**John KOCHIE, Petitioner,**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD (F.D.I.B.), Respondent.**

Supreme Court of Pennsylvania.

March 19, 1998.

## ORDER

PER CURIAM

AND NOW, this 19th day of March, 1998, the petition for allowance of appeal is GRANTED; the order of the Commonwealth Court affirming the order of the Workmen's Compensation Appeal Board is VACATED; and this matter is REMANDED to the Commonwealth Court for a recalculation of subrogation rights consistent with this court's opinion in *P & R Welding & Fabricating v. Workmen's Compensation Appeal Board,* 549 Pa. 490, 701 A.2d 560 (1997).